# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTIE WARD YOUNGBLOOD**                                                                 **PLAINTIFF**

v.                                            **4:06CV01583-WRW**

**LONA HORN MCCASTLAIN et al.**                                                   **DEFENDANTS**

## ORDER

It appears that this case will not go to trial on the scheduled date, December 11, 2007, so, Plaintiff is given to and including November 15, 2007, to depose Defendants, and to and including December 11, 2007, to file a plenary response to Defendant's Motion for Summary Judgment (Doc. No. 23).

IT IS SO ORDERED this 15th day of October, 2007.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE