IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTIE WARD YOUNGBLOOD**                                                              **PLAINTIFF**

**v.**                               **4:06CV01583-WRW**

**LONA HORN MCCASTLAIN, INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY AS
PROSECUTING ATTORNEY FOR LONOKE
COUNTY, ARKANSAS,** *et al*.                                                                **DEFENDANTS**

## JUDGMENT

Based on an Order entered on this date, granting Defendants' Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of January, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE